**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

RAUL ALBERTO PEREZ-REYES,      )
         **Plaintiff,**      )
                          )
         **v.**             )      **C.A. No. 07-340 Erie**
                          )
JEFFREY BEARD, et al.,         )
         **Defendants.**     )

## O R D E R

AND NOW, this 4th day of April, 2008, after de novo review of the transcript of the hearing held on March 17, 2008 and the oral Report and Recommendation denying the Preliminary Injunction, as well as the Plaintiff's Objections thereto (Document No. 37 and 38) ;

IT IS HEREBY ORDERED that the Injunction is DENIED and that the Report and Recommendation is adopted as the opinion of the Court.

                                        S/Sean J. McLaughlin
                                        SEAN J. McLAUGHLIN
                                        United States District Judge

cc:     Raul Alberto Perez-Reyes  # GF-8807
        SCI-Albion7
        10745 Route 18
        Albion, PA  16475-0002