# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RAUL ALBERTO PEREZ-REYES, )
                          Plaintiff, )
            v. )    Civil Action No. 07-340 Erie
JEFFREY BEARD, et al., )
                         Defendants. )

## O R D E R

AND NOW, *to wit*, this 15th day of April, 2008, the Plaintiff having filed a document entitled "Objection to Text Order of 3/5/08" [Doc. # 33], which this Court construes as an appeal from said order,

IT IS HEREBY ORDERED that Plaintiff's appeal is denied and the text order of the Chief Magistrate Judge dated March 5, 2008 is hereby AFFIRMED.

                                                      s/ Sean J. McLaughlin
                                                      SEAN J. McLAUGHLIN
                                                      United States District Judge

cm:    all parties of record.
        Chief U.S. Magistrate Judge Susan Paradise Baxter