# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RAUL ALBERTO PEREZ-REYES,    )
                             )
       Plaintiff,            )
    v.                       )   Civil Action No. 07-340 Erie
                             )
JEFFREY BEARD, et al.,       )
                             )
       Defendants.           )

## O R D E R

    Plaintiff's civil rights complaint was received by the Clerk of Court on December 10, 2007 and was referred to Chief United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

    The Chief Magistrate Judge's report and recommendation, filed on September 18, 2008 [96], recommends that the Plaintiff's seventh motion for injunctive relief, entitled "Another Motion for Emergency Injunction" [88], be denied. The parties were allowed ten (10) days from the date of service in which to file objections. Plaintiff's objections [97-3] to the Report and Recommendation were filed on September 26, 2008.

    After de novo review of the Complaint and the documents in the case, together with the Report and Recommendation and Plaintiff's objections thereto, the following order is entered:

    AND NOW, this 8th day of October, 2008, IT IS HEREBY ORDERED that the Plaintiff's seventh motion for injunctive relief, entitled "Another Motion for Emergency Injunction" [88], be, and hereby is, DENIED.

    The report and recommendation of Chief Magistrate Judge Baxter filed on September 18, 2008 [96] is adopted as the opinion of this Court.

                                        s/ Sean J. McLaughlin
                                        SEAN J. McLAUGHLIN
                                        United States District Judge

cm:    all parties of record.
        Chief U.S. Magistrate Judge Susan Paradise Baxter