**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

RAUL ALBERTO PEREZ-REYES,　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　　　)
　　　　　v.　　　　　　　　　　　)　　　Civil Action No. 07-340 Erie
　　　　　　　　　　　　　　　　　)
JEFFREY BEARD, et al.,　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendants.　　　　　)

# O R D E R

_____AND NOW, *to wit*, this 8th day of October, 2008, the Plaintiff having filed an

appeal [90] from the text order entered by Chief U.S. Magistrate Judge Susan Paradise

Baxter on August 1, 2008,

　　　　IT IS HEREBY ORDERED that Plaintiff's appeal is denied and the Order of the

Chief Magistrate Judge dated August 1, 2008 is hereby AFFIRMED.


　　　　　　　　　　　　　　　　　s/ Sean J. McLaughlin
　　　　　　　　　　　　　　　　　SEAN J. McLAUGHLIN
　　　　　　　　　　　　　　　　　United States District Judge

cm:　　all parties of record.
　　　　Chief U.S. Magistrate Judge Susan Paradise Baxter